IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CAROLINA INVESCO, LLC, *et al.* | § | |
| v. | § | CIVIL ACTION NO. 6:10CV624 |
| CALVIN L. MCGOWAN, *et al.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Motion to Dismiss (document #10) be granted and that the remaining claims be dismissed without prejudice for lack of personal jurisdiction.[1] Plaintiffs filed written objections to the Report and Recommendation on September 22, 2011.

Having made a *de novo* review of the written objections filed by Plaintiffs, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The Court, therefore, adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

---

[1] The claims against Glycotech, Inc. were dismissed without prejudice on September 20, 2011.

**ORDERED** that the Motion to Dismiss (document #10) is **GRANTED** and the remaining claims are **DISMISSED** without prejudice for lack of personal jurisdiction.  Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 29th day of September, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**